UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Timothy Morrell Willis**　　　　　　　　　　　　　　　　**Docket No. 5:99-CR-158-5BO**

### Petition for Action on Supervised Release

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Timothy Morrell Willis, who, upon an earlier plea of guilty to 21 U.S.C.§ 846 and 841(a)(1), Conspiracy and Possess with Intent To Distribute Cocaine Base (Crack), Cocaine and Marijuana, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 27, 2000, to the custody of the Bureau of Prisons for a term of 360 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Timothy Morrell Willis was released from custody on September 18, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Timothy Willis tested positive for marijuana on September 8, 2016 and signed and admission form acknowledging his use of marijuana on or about September 6, 2016. Defendant states this was an isolated incident and can cease using on his own. This officer will place him in Surprise Urinalysis Program and if further drug use is detected, he will be referred for additional substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant must undergo drug testing, including but not limited to urinalysis.

Except as herein modified, the judgment shall remain in full force and effect.
Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.


/s/ Jeffrey L. Keller　　　　　　　　　　　　　　/s/ Marla Bianco
Jeffrey L. Keller　　　　　　　　　　　　　　　Marla Bianco
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　310 Dick Street
　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301-5730
　　　　　　　　　　　　　　　　　　　　　　　Phone: 910.354.2535
　　　　　　　　　　　　　　　　　　　　　　　Executed On: September 13, 2016

Timothy Morrell Willis
Docket No. 5:99-CR-158-5BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___14___ day of ___September___, 2016, and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge