UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Timothy Morrell Willis　　　　　　　　　　　　　　　Docket No. 5:99-CR-158-5BO

**Petition for Action on Supervised Release**

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Timothy Morrell Willis, who, upon an earlier plea of guilty to 21 U.S.C §§846 and 841 (a)(1) Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base (Crack), Cocaine and Marijuana, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 27, 2000, to the custody of the Bureau of Prisons for a term of 360 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. As a result of a Rule 35 on June 24, 2002, the imprisonment sentence was reduced to 220 months. Timothy Morrell Willis was released from custody on September 18, 2015, at which time the term of supervised release commenced.

Mr. Willis tested positive for marijuana on August 10, and September 8, 2016, and signed an admission form acknowledging his use of marijuana on or about September 6, 2016. On September 14, 2016, the Court modified the defendant's conditions to include our standard drug aftercare conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a result of the previous reported drug use, the defendant was placed in the Surprise Urinalysis Program and was referred for additional substance abuse treatment. On October 13, 2016, the defendant tested positive for marijuana. The defendant signed an admission form acknowledging his use of marijuana on or about October 10, 2016. We are requesting the conditions of supervision to be modified to include Cognitive Behavioral Therapy to further assist in the treatment process. Mr. Willis states he is using illicit drugs to cope with stress.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Eddie J. Smith　　　　　　　　　　　　　/s/ Marla Bianco
Eddie J. Smith　　　　　　　　　　　　　　　Marla Bianco
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　310 Dick Street
　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301-5730
　　　　　　　　　　　　　　　　　　　　　　Phone: 910.354.2535
　　　　　　　　　　　　　　　　　　　　　　Executed On: November 14, 2016

Timothy Morrell Willis
Docket No. 5:99-CR-158-5BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __16__ day of __November__, 2016, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge