UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Timothy Morrell Willis**                    **Docket No. 5:99-CR-158-5BO**

**Petition for Action on Supervised Release**

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Timothy Morrell Willis, who, upon an earlier plea of guilty to to 21 U.S.C §§846 and 841 (a)(1), Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base (Crack), Cocaine and Marijuana, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 27, 2000, to the custody of the Bureau of Prisons for a term of 360 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. As a result of a Rule 35 on June 24, 2002, the imprisonment sentence was reduced to 220 months. Timothy Morrell Willis was released from custody on September 18, 2015, at which time the term of supervised release commenced.

Mr. Willis tested positive for marijuana on August 10, and September 8, 2016, and signed an admission form acknowledging his use of marijuana on or about September 6, 2016. On September 14, 2016, the Court modified his conditions to include the Surprise Urinalysis Program and additional substance abuse treatment. On October 13, 2016, the defendant tested positive for marijuana. The defendant signed an admission form acknowledging his use of marijuana on or about October 10, 2016. As a result, his conditions of supervision were modified to include Cognitive Behavioral Therapy to further assist in the treatment process.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 29, the defendant tested positive for marijuana. The defendant signed an admission form acknowledging his use of marijuana on or about November 29, 2016. We are requesting the conditions of supervision be modified to include 45 days of location monitoring with a curfew. This will afford him to remain attending treatment appointments and doctor's appointments as he was recently in the hospital for a hernia surgery.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 45 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Timothy Morrell Willis
Docket No. 5:99-CR-158-5BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Marla Bianco
Marla Bianco
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910.354.2535
Executed On: February 13, 2017

## ORDER OF THE COURT

Considered and ordered this _13_ day of _February_, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge